**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7677**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

DONALD L. JONES, JR.,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Joseph Robert Goodwin, District Judge. (CR-95-17, CA-98-13-1)

---

Submitted: February 11, 1999    Decided: February 25, 1999

---

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Donald L. Jones, Jr., Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald L. Jones, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jones, Nos. CR-95-17; CA-98-13-1 (N.D.W. Va. Sept. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2